For defendants: Waterman & Greenlaw, Brand & Halford.

---

314

Ella Ford
vs.
Rhode Island Company   } No. 39656

DECISION

April 1, 1919

DORAN, J. Plaintiff's fall is unquestioned. Question of liability depends almost wholly on whether the car was moving or still when she tried to get off. A number testify there was a stop, a start and an emergency stop; a number of others, that there was but one stop at the place.

Defendant claims that plaintiff's fall, forward, in the direction in which the car was travelling is so inconsistent with a fall caused by a start that the weight of the evidence is with defendant. That would be so if it were clear that a single force, the motion of the car, without any other force or restraint, figured in

the fall, and this I cannot demonstrate.

General motion for new trial denied. The evidence does not justify a verdict as large as that rendered. New trial granted unless plaintiff within thirty days of notice of this decision remits all damages in excess of $2500.

For plaintiff: M. F. Costello.

For defendant: Clifford Whipple and A. R. Williams.

Note—Verdict for plaintiff for $6000.